[No. 16527-5-I. Division One. January 12, 1987.]

SPARTUS INTERNATIONAL CORPORATION, *Appellant*, v.
JOHN S. MURRAY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 83-2-16476-1, John W. Riley, J., entered April
22, 1985. *Affirmed in part* and *remanded with instructions*

by unpublished opinion per Andersen, J. Pro Tem., concurred in by Knight and Patrick, JJ. Pro Tem.